UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTONIO CHRISTIAN,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security,*<br>    Defendant. | **JUDGMENT**<br><br>Case No. 7:22-CV-24-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross Motions for Judgment on the Pleadings [DE-12] and [DE-15].

IT IS ORDERED, ADJUDGED AND DECREED the court grants the Plaintiff's Motion for Judgment on the Pleadings [DE-12], denies the Defendant's Motion for Judgment on the Pleadings [DE-15] and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C § 405(g) for further proceedings consistent with this court's order.

This judgment filed and entered on **May 23, 2023,** with electronic service upon:

**Russell Bowling,** *Counsel for Plaintiff*
**Davis Mervis,** *Counsel for Defendant*

                                                **PETER A. MOORE, JR.,**
                                                CLERK, U.S. DISTRICT COURT

DATE: May 23, 2023                       /s/ *Shelia Foell*
                                                 (By): Shelia Foell, Deputy Clerk of Court