IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-cv-24-KS

| | | |
|---|---|---|
| MICHAEL CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On stipulation of the parties, the court GRANTS Plaintiff's motion for attorney's fees and expenses [DE #19] and hereby AWARDS Plaintiff $5,795.59 ($5,777.20 in attorney fees plus $18.39 expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Howard D. Olinsky and Russell R. Bowling and mailed to their office at Olinsky Law Group, 77 West Main Street, Franklin, North Carolina 28734, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This 30th day of August 2023.

KIMBERLY A. SWANK
United States Magistrate Judge