UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| MICHAEL CHRISTIAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 7:22-CV-24-KS |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of* | ) | |
| *Social Security,* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the plaintiff's motion for attorney fees and stipulation and agreement.

IT IS ORDERED, ADJUDGED AND DECREED that Defendant pay to Plaintiff $5,795.59 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412 and the filing fee of $402.00.

This judgment filed and entered on August 31, 2023, with *electronic service* upon:

**Russell Bowling**
*Counsel for Plaintiff*

**Cassia Parson**
**David Mervis**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: August 31, 2023

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk